IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cr-0571-GEB |
| Plaintiff, | |
| v. | ORDER |
| ARMANDO SANCHEZ, | |
| Defendant. | |

On November 14, 2011, Defendant filed a "Motion to Vacate Judgment". (ECF No. 326.) Since this motion fails to show what judgment Defendant is challenging and whether the District Court has jurisdiction to consider the challenge, the motion is DENIED.

Dated: November 23, 2011

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge

1