```
1  BENJAMIN WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 07-571 GEB |
|         Plaintiff, ) | STIPULATION AND ORDER |
|       v. ) | |
| ERIC BROOKS, ) | |
|         Defendant. ) | Date: February 10, 2012 |
| _____ ) | Time: 9:00 a.m. |
| | Hon. Garland E. Burrell, Jr. |

    It is hereby stipulated by and between the United States of America through its attorneys, and defendant Eric Brooks and his attorney, that the status conference hearing set for December 16, 2011, be vacated, and a status conference hearing be set for February 10, 2012 at 9:00 a.m.

    Mr. Brooks is also a defendant in case no. CR S 08-122 GEB. He has entered a guilty plea in that case and the parties are requesting that sentencing be set for February 10, 2012. Pursuant to the plea agreement entered in case 08-0122 GEB, the government anticipates dismissing the charges against Mr. Brooks in case 07-571 at sentencing. However, that cannot occur until Mr. Brooks has finished completing his obligations under the plea agreement. The

-1-

parties stipulate that the ends of justice are served by the Court excluding the time between December 16, 2011, and February 10, 2012, so that the defendant may continue to fulfill his obligations under the plea agreement in case 08-0122, which will likely result in the dismissal of the pending charges in this case. 18 U.S.C. §3161(h)(1) (other proceedings concerning the defendant) / Local Code C (other charges pending).

DATED: December 14, 2011  /s/ Philip Ferrari for
MICHAEL HANSEN, ESQ.
Attny. for Eric Brooks

DATED: December 14, 2011  BENJAMIN WAGNER
United States Attorney

By: /s/ Philip Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for December 16, 2011, is vacated, and a new status conference is set for February 10, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through February 10, 2012. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated: December 15, 2011

GARLAND E. BURRELL, JR.
United States District Judge