IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                   2:07 - cr - 571 - GEB TJB

    vs.

FELIX JAUREGUI,

      Movant.                      <u>ORDER</u>

_____/

      Movant, Felix Jauregui, seeks relief under 28 U.S.C. § 2255 from a sentence of 168 months imprisonment after Juaregui pleaded guilty to one count of conspiracy to distribute methamphetamine. Based upon the motion, files, and records of this case, an limited evidentiary hearing is warranted. The evidentiary hearing shall be limited in scope to testimony and other evidence relating to any and all plea agreements offered by the government to Movant prior to Movant's open guilty plea. The court expects to hear testimony from both the government and Movant's trial counsel, as well as receive any and all evidence (such as notes, documents, and records) relating to any and all plea agreements offered to Movant.

      Accordingly, IT IS HEREBY ORDERED that:

      1. An evidentiary hearing is set for May 23, 2012, at 9:30 a.m. in Courtroom 2 at the United States Courthouse located at 501 I Street, Sacramento, California 95814, subject to the

1

ability to have Movant present either physically in the courtroom or via videoconference in accordance with the separate order and writ of habeas corpus ad testificandum;

2. The evidentiary hearing is limited to: testimony and other evidence (such as notes, documents, and records) relating to any and all plea agreements offered to Movant prior to Movant pleading guilty in this case. No evidence shall be received with regard to Movant's other claims, that the district court miscalculated his sentence under the United States Sentencing Guidelines or that his appellate counsel was ineffective.

DATED: April 3, 2012

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE