IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Respondent, | 2:07 - cr - 571 - GEB TJB |
| vs. | |
| FELIX JAUREGUI, | |
| Movant. | ORDER |

Movant, Felix Jauregui, seeks relief under 28 U.S.C. § 2255 from a sentence of 168 months imprisonment after Juaregui pleaded guilty to one count of conspiracy to distribute methamphetamine. Based upon the motion, files, and records of this case, the court has determined that a limited evidentiary hearing is warranted in this case. That hearing is scheduled for June 1, 2012 at 9:00 a.m.

The government has indicated that Movant's trial counsel, Jeffrey L. Staniels, is aware of the hearing and available if necessary. In order to guarantee Mr. Staniels' presence at the hearing, especially considering Movant's likely inability to secure witnesses on his behalf, the court orders that Mr. Staniels appear on June 1, 2012, at 9:00 a.m., or as soon there after as

1  possible,¹ in Courtroom 2 at the United States Courthouse located at 501 I Street, Sacramento,
2  California 95814. It is expected that he will be prepared to discuss and bring any documents he
3  may have related to plea negotiations on behalf of Movant in this case. The court wants to
4  ensure that is has all the information necessary to make a determination of the matters before it.
5  A copy of the order setting the evidentiary hearing is attached and incorporated by reference.
6      Accordingly, IT IS HEREBY ORDERED that:
7      1. Movant's trial counsel, Jeffrey L. Staniels, is ordered to appear on June 1, 2012, at 9:00
8  a.m., or as soon there after as possible, in Courtroom 2 at the United States Courthouse located at
9  501 I Street, Sacramento, California 95814;
10     2. A copy of this order is to be served on Mr. Jeffrey Lewis Staniels, Office of the Federal
11 Defender, 801 I Street, 3d Floor, Sacramento, CA 95814. His email address is on file with the
12 court.
13 DATED: May 31, 2012

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE

---

¹ The court understands that Mr. Staniels will be in another courtroom at 9 a.m. on the first.

2