IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. 2: 07-cr-571 GEB TJB -1

    vs.

CESAR QUINTERO-FELIX

    Movant.                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding *pro se*, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 7, 2012, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

//////

1

1. The findings and recommendations filed February 7, 2012, are adopted in full;
2. The motion to vacate, set aside or correct a sentence under 28 U.S.C. § 2255 is DENIED;
3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
4. The Clerk of the Court is directed to close the companion civil case, No. 2: 10-cv-2230 GEB-TJB.

Dated: August 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge